THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* LLOYD GILL, Appellant.

Argued June 2, 1949; decided July 19, 1949.

*John J. Scully* and *Thomas A. McDermott* for appellant.

*Anthony Miceli, District Attorney (Clarence J. Henry* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.